**Order entered November 20, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01172-CV

## GEORGE A. HEARN, Appellant

## V.

## RC CONSTRUCTION SERVICES, INC., ET AL., Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-14080**

## ORDER

Before the Court is appellant's November 15, 2018 unopposed motion for extension of time to file a brief. The amended docketing statement filed by appellant's trial counsel, indicated that the reporter's record had not been requested. In appellant's motion, counsel for appellant states that he has recently been retained and that he requested the reporter's record as of the date of filing the motion. Because the reporter's record has been requested but not filed, we **DENY** appellant's motion as premature. *See* TEX. R. APP. P. 38.6(a)(2).

We **ORDER** Antoinette Reagor, Official Court Reporter for the 68th Judicial District Court, to file, **WITHIN THIRTY DAYS** of the date of this order, either the reporter's record or written verification that appellant has not paid or made arrangements to pay for the record. We

caution appellant that if the Court receives written verification of no payment, the Court will order the appeal be submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Reagor and all parties.

/s/ ADA BROWN
   JUSTICE